IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                          Case No: 3:01cr8/RV
                                                        3:05cv131/RV/MD

**WALTER DEVON GRANDISON**
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 18, 2005.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 101) is summarily DISMISSED as untimely.

DONE AND ORDERED this 3rd day of May, 2005.

                                                /s/ Roger Vinson
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE