IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  　　　　　　　　　　　　　　　　CASE NO:  3:01cr8/RV
　　　　　　　　　　　　　　　　　　　　3:05cv131/RV/MD
WALTER DEVON GRANDISON

---

### **ORDER**

　　The defendant has filed a notice of appeal (doc. 106), a motion for certificate of appealability (doc. 107) and a motion for leave to appeal *in forma pauperis* (doc. 111), all with respect to the order entered on May 3, 2005.  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

　　Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of May 3, 2005, a certificate of appealability is DENIED.

　　For the same reasons, there is no good faith basis for an appeal and defendant has not shown that he is entitled to proceed *in forma pauperis*.  Fed.R.App.P. 24(a).  Therefore, defendant's motion for leave to appeal *in forma pauperis* (doc. 111) is also DENIED. Defendant shall pay the $255.00 filing fee within thirty (30) days of the date of this order.

　　DONE AND ORDERED this 7th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ *Roger Vinson*
　　　　　　　　　　　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**