✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:01cr8/RV |
| WALTER DEVON GRANDISON ) | USM No: 05019-017 |
| Date of Previous Judgment: June 21, 2001 ) | N/A - *Pro Se* |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected the last judgment issued) of   360   months **is reduced to**   324 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to LIFE | Amended Guideline Range: | 324 to 405 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X   The reduced sentence is within the amended guideline range.

☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐   Other (explain):

**III. ADDITIONAL COMMENTS**

The Eleventh Circuit held, on direct appeal, that the defendant faced a maximum penalty of 30 years (instead of Life), so his career offender offense level would be 34 (instead of 37), making the recalculated offense level of 36 applicable.

Except as provided above, all provisions of the judgment dated   6/21/2001   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 18, 2009          /s/ *Roger Vinson*
                                                        Judge's signature

Effective Date:   _____              Roger Vinson, Senior United States District Judge
   (if different from order date)                     Printed name and title