IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case Nos.:     3:01cr8/RV
                                                                                 3:13cv451/RV/EMT

WALTER DEVON GRANDISON
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2013 (doc. 208). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the timely filed objection (doc. 210).

Having considered the Report and Recommendation, and the timely filed objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 207) is **SUMMARILY DISMISSED**.

3.      No certificate of appealability shall be issued.

**DONE AND ORDERED** this 28th day of August, 2013.

                                                    /s/ _Roger Vinson_
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**